TYLER CLAUDIE
(Name)
480 AITA Road
(Address)
SAN DIEGO CALIFORNIA
(City, State, Zip)
K-19763
(CDCR / Booking / BOP No.)

FILED
Nov 30 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ BreanneChandler   DEPUTY

# United States District Court
## Southern District of California

TYLER CLAUDIE,
(Enter full name of plaintiff in this action.)

　　　　　　　　　　　　Plaintiff,

v.

C YARD SGT BANUELOS,

_____,
_____,
_____,
(Enter full name of each defendant in this action.)

　　　　　　　　　　　　Defendant(s).

Civil Case No. 2 13200
'23CV2213 RSH LR
(To be supplied by Court Clerk)

JURY TRIAL DEMANDED

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. **Plaintiff**: This complaint alleges that the civil rights of Plaintiff, TYLER CLAUDIE
(print Plaintiff's name)
_____, who presently resides at 480 AITA Road DONOVAN PRISON
(mailing address or place of confinement)
8TH AMENDMENT _____, were violated by the actions of
the below named individuals. The actions were directed against Plaintiff at DONOVAN CORRECTIONAL
FACILITY-C _____ on (dates) 11-27-23 _____, and _____.
(institution/place where violation occurred)   (Count 1)   (Count 2)   (Count 3)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant **C-YARD S.GT BANCHOS** (name) resides in **SAN DIEGO CALIFORNIA** (County of residence), and is employed as a **CYARD SGT** (defendant's position/title (if any)). This defendant is sued in his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **VIOLATED PLANTIFF 8TH AMENDMENT CRUEL AND UNUSUAL PUNISHMENT FAVORTISM RACIAL DISCRIMINATION AND ABUSE OF AUTHORITY**.

Defendant _____ (name) resides in _____ (County of residence), and is employed as a _____ (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

Defendant _____ (name) resides in _____ (County of residence), and is employed as a _____ (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

Defendant _____ (name) resides in _____ (County of residence), and is employed as a _____ (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

C. Causes of Action (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: 8TH AMENDMENT

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

TITLE 15 PROVIDES THE DEPARTMENT WITH 60 CALENDAR day TO COMPLETE A RESPONSE HOW EVERY CHIEF OFFICE didN'T do IT IN 60 dAYS MY FIRST 602 ON Log# 253200 WAS ON THURS 7-14-2022 YOU GOT IT ON 7-20-2022 YOU SAID YOU WILL COMPLETE IT NO LATER THEN 9-19-2022 YOU didN'T SO I FILED ANOTHER 602 Log# 257379 AND I GOT IT BACK TUES 9-27-2022 AND CHIEF OFFICE GRANTED IT YOU TOLD ME TO FILL PAPER OUT AND ANOTHER 602 SAYING EVERYTHING THAT hAPPEN AND MAIL IT BACK TO CHIEF OFFICE AND YOU WAS GOING TO PLACE MY $5,800,000 ON MY BOOKS AND I did IT THE NEXT day WED 9-28-2022 I MAILED YOU ALL LEGAL WORK AND MY FIVE PAPERS SAYING I AM NEGATIVE FOR Covid-19 %'S AND A SGT CAME TO MY CELL AND TOLD ME TO PACK MY PROPERTY I GOT TO GO TO D YARD GYM FOR Covid-19 I TOLD %0 AND S.GT I dONT HAVE Covid-19 AND I SHOWED %0 AND SGT MY PAPERS SAYING I AM NEGATIVE FOR Covid-19 THE VIRUS WAS NOT FOUND IN MY SAMPLE YOUR %0'S AND FREE STAFF IS DEAD FROM Covid-19 I/M'S IN CELL'S 102 125 AND 140 ALL HAVE THE VIRUS THEY AREN'T TO BE IN THE SAME BUILDING WITH I/M'S THAT dON'T HAVE THE VIRUS ON WED 9-28-2022 I MAILED YOU A 602 AND ALL MY PAPER SAYING I dON'T HAVE THE VIRUS BY NOT REMOVING I/M'S IN CELL'S 102 125 AND 140 WITH THE Covid-19 VIRUS OUT THE BUILDING RJD-CF PUT MY LIFE IN

Count 2: The following civil right has been violated: 8TH AMENDMENT
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 2.]

GRATE DANASER (ACTION REQUSTED JUST LIKE MY FRIST 602 ON WED 9-28-2022 I AM STILL ASKING FOR THE SUM OF DAMAGES $5,800,000.00 AND PUNITIVE DAMAGES IN THE SUM OF $5,800,000.00 TOTAL DAMAGES $11,600,000.00 TO BE PLACED IN MY PRISON ACCONT STAFF AT RJD PUT MY LIFE IN DAMAGES THANK YOU! P.S I I/M TYLER Told SGT BANUELOS AT HS MEDS IN FRONT OF PROGRAM OFFICE THAT CELLS 102 125 AND 140 All I/M'S HAVE COVID-19 VIRUS AND EVERY TIME I/M'S CELL DOOR COMES OPENED ALL I/M'S COMES RUNING OUT THEY CELLS WITH OUT A MASK ON THEY FACE GETING IN EVERY I/M'S FACE'S TELLING ALL I/M'S THEY GOT THE COVID-19 VIRUS THERE NOT TO BE IN THE SAME BUILDING STAFF AT RJD IS PUTTING EVERY BODY LIFE IN DANAGER I AM ASKING FOR TOTAL SUM OF $11,600,000.00 TO BE PLACED IN MY PRISON ACCOUT IT'S NOT MY JOB TO REMVIE I/M'S THAT'S STAFF JOB THIS IS RACIST PREJUDICE DELIBERATE AND INDIFFERENCE

D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: N/A
Defendants: N/A

(b) Name of the court and docket number: N/A

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] N/A

(d) Issues raised: N/A

(e) Approximate date case was filed: N/A
(f) Approximate date of disposition: N/A

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.]? ☐ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not exhausted.

ON PLANTIFF 602 APPEAL WAS GRANTED FROM SACRAMENT CALIFORNIA PLANTIFF HAS EXHAUSTED ALL ADMINISTRATIVE RELIEF ECT 602 WAS GRANTED CHIEF OFFICE GRANTED MY 602 ON TUES 9-27-2022 IN THE SUM OF $5,800,000.00 IN DAMAGES AND $5,800,000 IN PUNITIVE DAMAGES TOTAL DAMAGES IN THE SUM OF $11,600,000.00 PUT IN MY PRISON ACCOUT ON MY BOOKS

6

E. Request for Relief

Plaintiff requests that this Court grant the following relief: TO THE COMPENSATED FOR THE SUM OF $5,800,000.00

1. An injunction preventing defendant(s):

C-YARD, SGT BANUELOS

2. Damages in the sum of $ 5,800,000.00
3. Punitive damages in the sum of $ 5,800,000.00
4. Other: TOTAL DAMAGES IN THE SUM OF $11,600,000 ON MY BOOKS

F. Demand for Jury Trial

Plaintiff demands a trial by ☑ Jury ☐ Court. (Choose one.)

G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☑ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

11-27-2023
Date

Mr Claudip Tyler
Signature of Plaintiff

7



mr Claude Tyler
K-19763- C-12 cell 148
RJD-CF
480 alta Road
San Diego CA 92179

Legal Mail

MLS P&DC 92199 ZIP
TUE 28 NOV 2023 PM

Clerk of the U.S District court
333 west Broadway Suit 420
San Diego CA 92101

RECEIVED
NOV 30 2023
CLERK, U.S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

