UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIE TYLER, CDCR #K-19763,<br><br>                              Plaintiff,<br><br>    vs.<br><br>C YARD SERGEANT BANUELOS,<br><br>                              Defendant. | Case No.: 23-cv-2213-RSH-LR<br><br>**ORDER DISMISSING ACTION** |

On November 30, 2023, Plaintiff Claudie Tyler, a state prisoner proceeding pro se, filed a Complaint pursuant to 42 U.S.C. § 1983, along with a motion to proceed in forma pauperis. ECF No. 1. On December 15, 2023, the Court denied Plaintiff's motion to proceed in forma pauperis because his inmate trust account statement indicated he had sufficient funds to pay the $405 filing fee in this action. ECF No. 5. This action was dismissed without prejudice to Petitioner to pay the filing fee on or before January 29, 2024. *Id*.

On December 27, 2023, and again on January 10, 2024, Plaintiff notified the Court that he had submitted a check for $402 which was returned to him by the Clerk of Court as insufficient to satisfy the $405 filing fee, and was attempting to submit the correct fee. ECF

Nos. 6-7. On February 8, 2024, the Court extended the time for Plaintiff to pay the filing fee until March 11, 2024. ECF No. 8. On February 20, 2024, Plaintiff filed a Notice of Payment of filing fee, notifying the Court that he submitted the filing fee. ECF No. 9. However, to date, the Court has not received the filing fee.

On April 3, 2024, the Court ordered Plaintiff to show cause why this civil action should not be dismissed without prejudice for failure to prepay the filing fee as required by 28 U.S.C. § 1914(a), and for failure to prosecute pursuant to S.D. Cal. CivLR 41.1a. ECF No. 10. The Court instructed that if Plaintiff failed to respond to the Court's Order within 30 days, the Court would enter a final order of dismissal without prejudice. *Id.* at 2.

Because thirty days have elapsed and Plaintiff has not responded to the Court's order, the Court **DISMISSES** the action without prejudice and **DIRECTS** the Clerk of Court to close the case.

**IT IS SO ORDERED**.

Dated: May 17, 2024

*Robert S. Huie*

———————————————————
Hon. Robert S. Huie
United States District Judge